UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

UNITED STATES OF AMERICA,

        Plaintiff,                         Case No. 1:06:CR:50

v.

                                        HON. GORDON J. QUIST

REINALDO MORALES, JR.,

        Defendant.
_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed August 9, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Reinaldo Morales, Jr.'s plea of guilty to Count One of the Indictment is accepted. Defendant Reinaldo Morales, Jr. is adjudicated guilty.

3. Defendant Reinaldo Morales, Jr. shall be detained pending sentencing.

4. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: August 24, 2006                                        /s/ Gordon J. Quist
                                                                GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE